UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:15-cv-22695-JAL

FRANCINE B. BOBROFF,

    Plaintiff,

v.

UNIVERSITY OF MIAMI, a
Corporation,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, Francine Bobroff, and Defendant, University of Miami, pursuant to Southern District of Florida Local Rule 16.1(b) and this Court's October 7, 2015 Order [D.E. 9], hereby file this Joint Scheduling Report and the attached Joint Scheduling Form. The undersigned certify that they conferred in accordance with Local Rule 16.1.

## SCHEDULING REPORT

**A.** **Likelihood of Settlement**

The parties will explore, in good faith, the possibilities of settlement, but do not, at this time, consider settlement to be likely.

**B.** **Likelihood of Appearance in Action of Additional Parties**

The parties do not anticipate adding any additional parties.

**C.** **Necessity or Desirability of Amendments to the Pleadings**

None at this time.

D. **Proposal for Formulation and Simplification of Issues**

The parties agree to continue discussing the formulation and simplification of issues. The parties are unable to further simplify the issues at this time. The parties are hopeful that after discovery and further investigation, they will be able to further simplify the issues prior to the pre-trial conference, if any, or the trial of this matter.

E. **Suggestions for Avoidance of Unnecessary Proof and Cumulative Evidence**

None at this time, although the parties will continue to discuss suggestions for avoiding unnecessary proof and cumulative evidence throughout the litigation.

F. **The Possibility of Possible Admissions of Fact, Stipulations Regarding Authenticity of Documents, and the Need for Advance Rulings from Court on Admissibility of Evidence**

The parties agree to endeavor in good faith efforts to enter into stipulations regarding the authenticity of documents and other evidentiary matters, if possible. Further, as discovery progresses, the parties will attempt to minimize the need for advance rulings by the Court and unnecessary proof by admitting facts that are not disputed. In the event the parties discover that there is relevant ESI, they will discuss the most appropriate form in which to produce that information.

G. **Preliminary Estimate of Time Required for Trial**

The parties estimate that the jury trial of this matter will take approximately three (3) to five (5) days.

K. **Other Information Helpful to the Court**

None at this time.

| | |
|---|---|
| Date: November 9, 2015 | Respectfully Submitted, |
| /s/ Michael Moulis | /s/ Candice C. Pinares-Baez |
| Michael Moulis | Cathy M. Stutin |
| Florida Bar No. 186790 | Florida Bar No. 865011 |
| mmoulis7@gmail.com | cstutin@laborlawyers.com |
| Moulis Aviation Law Offices, P.A. | Candice Pinares-Baez |
| 1100 Lee Wagener Boulevard | (Fla. Bar No. 30545) |
| Suite 101 | cpinares-baez@laborlawyers.com |
| Fort Lauderdale, FL 33315 | FISHER & PHILLIPS LLP |
| Telephone (954) 727-3255 | 450 East Las Olas Boulevard |
| Facsimile (954) 337-0915 | Suite 800 |
| | Fort Lauderdale, FL 33301 |
| *Attorneys for Plaintiff* | Telephone (954) 525-4800 |
| | Facsimile (954) 525-8739 |
| | *Attorneys For Defendant* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:15-cv-22695-JAL

FRANCINE B. BOBROFF,

    Plaintiff,

v.

UNIVERSITY OF MIAMI, a
Corporation,

    Defendant.

_____/

## JOINT SCHEDULING FORM
[to be attached and filed with the Joint Scheduling Report]

The parties shall jointly complete this Form by providing dates certain (e.g. January 1, 2006) for each action or event. Unilateral filings will not be accepted.

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| 11/30/15 | All motions for joinder of parties or to amend pleadings shall be filed. |
| 4/11/16 | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial. |
| 7/25/16 | All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| 3/28/16 | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for |

4

| | |
|---|---|
| | whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |
| 4/25/16 | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| 7/25/16 | All expert discovery must be completed. |
| 9/26/16 | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| 8/29/16 | Mediation shall be completed. |
| 1/2/17 | Proposed date before which all motions in limine must be filed. |
| 1/2/17 | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e) |
| 1/9/17 | Proposed date for pre-trial conference. |
| 1/23/17 | Proposed date for trial. |

5